BAHL v. TALFORD

No. 236P00

Case below: 138 N.C.App. 119

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

BAREFOOT v. THERMO INDUS., INC.

No. 211P00

Case below: 137 N.C.App. 384

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

BICKET v. McLEAN SEC., INC.

No. 1P97-2

Case below: 138 N.C.App. 353

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

BROOME v. CITY OF MOUNT HOLLY

No. 40P00

Case below: 136 N.C.App. 231

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 22 August 2000.

CHRISTENBURY SURGERY CTR. v. N. C. DEP'T OF HEALTH & HUMAN SERVS.

No. 305P00

Case below: 138 N.C.App. 309

Petition by respondent for writ of supersedeas and motion for temporary stay denied 14 July 2000.